NORTHWESTERN COMMERCIAL CO. v. McDOUGALL. (Circuit Court of Appeals, Ninth Circuit.) No. 915. In Error to the District Court of the United States for the Second Division of the District of Alaska. Du Bose & Stevens, J. L. McGinn, and John P. Hartman, for plaintiff in error. Bruce Knott and Albert H. Eliot, for defendant in error.

PER CURIAM. This cause came on regularly to be heard on the transcript of record and the motion of counsel for the defendant in error to dismiss the cause for the reason, as disclosed by the record, that a writ of error was not duly sued out and allowed therein. Whereupon, upon due consideration thereof, and the court being fully advised in the premises, it is ordered and adjudged that the said motion to dismiss the cause be, and is hereby, granted, and the cause dismissed for want of jurisdiction.

In re QUEEN CO. (Circuit Court of Appeals, Ninth Circuit.) No. 909. Petition for Revision of Proceedings of the District Court of the United States for the Northern District of California. Henry G. W. Dinkelspiel, for petitioners. Upon motion of counsel for petitioners, the petition for review is dismissed.

RAINE v. AMERICAN STEEL & WIRE CO. OF NEW JERSEY. (Circuit Court of Appeals, Second Circuit. January 29, 1903.) No. 79. In Error to the Circuit Court of the United States for the Northern District of New York. F. E. Smith, for plaintiff in error. C. C. Van Kirk, for defendant in error. Before WALLACE and LACOMBE, Circuit Judges. No opinion. Affirmed in open court.

ROUSS v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 30, 1903.) No. 88. Appeal from the Circuit Court of the United States for the Southern District of New York. Albert Comstock, for appellant. J. Frank Lloyd, for the United States. Before WALLACE and LACOMBE, Circuit Judges. No opinion. Affirmed in open court. See 113 Fed. 816.

ROYAL TRUST CO. et al. v. WASHBURN, B. & I. R. RY. CO. BARDON v. SAME.* (Circuit Court of Appeals, Seventh Circuit. October 7, 1902.) No. 861. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. Richard Sleight, for appellant. M. F. Gallagher, for appellees. Before JENKINS, GROSSCUP, and BAKER, Circuit Judges.

GROSSCUP, Circuit Judge. This case involved the claim of Bardon for vendor's lien for rails sold to the railroad company, and is in every respect, so far as it was decided, identical with the case of John O'Brien Lumber Company, intervener, appellant, v. Royal Trust Company and Horace S. Oakley, trustees, A. C. Frost, receiver, et al. (No. 860, just decided) 120 Fed. 11. For reasons there given the decree of the Circuit Court will be affirmed.

* Rehearing denied November 15, 1902.